UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-8017-JFW (FFMx)**                                      Date: August 7, 2018

Title:    Jericho Figuracion -v- Walmart Stores, Inc., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

Based on the parties' agreement as set forth in the August 6, 2018 Joint Statement By The Parties Why Sanctions Should Not Be Imposed Against Both Parties (Docket No. 34), the Court **REMANDS** this action to Los Angeles Superior Court.

IT IS SO ORDERED.